ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RONALD LAMAR WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 308-103 |
| ) | |
| HUGH SMITH, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motions for a preliminary injunction are **DENIED**. (Doc. nos. 9, 10).

SO ORDERED this 6th day of March, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE